# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Robles, | No. CV-24-00047-TUC-SHR |
| Plaintiff, | **Order Dismissing Case** |
| v. | |
| Integrity Paint Systems LLC, et al., | |
| Defendants. | |

Having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 13), and good cause appearing,

**IT IS ORDERED** the Stipulation to Dismiss with Prejudice (Doc. 13) is **APPROVED**.

**IT IS FURTHER ORDERED** all claims asserted in this action are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the Clerk of the Court shall close this case.

Dated this 6th day of May, 2024.

*Honorable Scott H. Rash*
*United States District Judge*